UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MOLYCORP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11357 (CSS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOLYCORP, INC., *et al.*, for and on behalf of the bankruptcy estates of the Debtors,<br><br>Plaintiff,<br><br>v.<br><br>OAKTREE CAPITAL MANAGEMENT, L.P., OCM MLYCO CTB LTD., OCM MLYCO PT, LLC, GEOFFREY R. BEDFORD, MICHAEL F. DOOLAN, JAMES S. ALLEN, CONSTANTINE E. KARAYANNOPOULOS, RUSSELL D. BALL, BRIAN T. DOLAN, JOHN GRAELL MOORE, CHARLES R. HENRY, JAMES J. JACKSON, MARK S. KRISTOFF, ALEC MACHIELS, DR. MICHAEL SCHWARZKOPF, JOHAN DEJANS, LIZA HARRIDYAL-SODHA, KEVIN W. JOHNSON, MARJOLEINE VAN OORT, SHANNON Y. SONG, and WELLS FARGO BANK, NATIONAL ASSOCIATION<br><br>Defendants. | Adv. Pro. No. 16-50005 |

---

[1] The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

{01079853;v1 }

2

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 19, 2016, the Official Committee of Unsecured Creditors in these chapter 11 cases (the "Committee"), by and through its undersigned counsel, served a copy of the *the Official Committee of Unsecured Creditors' Document Requests Directed to Wells Fargo Bank, National Association Pursuant to Rules 7026, and 9014 of the Federal Rules of Bankruptcy Procedure* on the parties below via email.

| REED SMITH LLP
Luke A. Sizemore
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222 |
|---|

*[Signature Page to Follow]*

Dated: January 20, 2016

        ASHBY & GEDDES

        /s/ *Gregory A. Taylor*

        ―――――――――――――
        William P. Bowden, Esq. (#2553)
        Gregory A. Taylor, Esq. (#4008)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        Telephone: (302) 654-1888
        Facsimile: (302) 654-2067
        Email: wbowden@ashby-geddes.com
        Email: gtaylor@ashby-geddes.com

        -and-

        Luc A. Despins
        Kevin C. Logue
        James B. Worthington
        Marc J. Carmel
        Paul Hastings LLP
        Park Avenue Tower
        75 East 55th Street, First Floor
        New York, New York 10022
        Telephone: (212) 318-6000

        *Co-Counsel to the Official Committee of Unsecured Creditors*