# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MOLYCORP, INC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 15-11357 (CSS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOLYCORP, INC., *et al.*, for and on behalf of the bankruptcy estates of the Debtors,<br><br>　　　　Plaintiff,<br>v.<br><br>OAKTREE CAPITAL MANAGEMENT, L.P., OCM MLYCO CTB LTD., OCM MLYCO PT, LLC, GEOFFREY R. BEDFORD, MICHAEL F. DOOLAN, JAMES S. ALLEN, CONSTANTINE E. KARAYANNOPOULOS, RUSSELL D. BALL, BRIAN T. DOLAN, JOHN GRAELL MOORE, CHARLES R. HENRY, JAMES J. JACKSON, MARK S. KRISTOFF, ALEC MACHIELS, DR. MICHAEL SCHWARZKOPF, JOHAN DEJANS, LIZA HARRIDYAL-SODHA, KEVIN W. JOHNSON, MARJOLEINE VAN OORT, SHANNON Y. SONG, and WELLS FARGO BANK, NATIONAL ASSOCIATION<br><br>　　　　Defendants. | Adv. Pro. No. 16-50005 (CSS) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE SOLELY WITH RESPECT TO DEFENDANTS JOHAN DEJANS, LIZA HARRIDYAL-SODHA AND MARJOLEINE VAN OORT

PLEASE TAKE NOTICE that pursuant to Rule 7041 of the Federal Rules of Bankruptcy

Procedure and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Official Committee of

Unsecured Creditors of Molycorp, Inc., *et al.,* the plaintiff in the above-captioned adversary

{01084420;v2}　　　　　　　　　　　　　　1

proceeding, hereby dismisses without prejudice defendants Johan Dejans, Liza Harridyal-Sodha, and Marjoleine Van Oort.

| | |
|---|---|
| Dated: February 3, 2016 | **ASHBY & GEDDES, P.A.** |
| | */s/ Gregory A. Taylor* |

William P. Bowden, Esq. (#2553)
Gregory A. Taylor, Esq. (#4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**PAUL HASTINGS LLP**
Luc A. Despins, Esq.
Kevin C. Logue, Esq.
James B. Worthington, Esq.
Marc J. Carmel, Esq.
Paul Hastings LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Co-Counsel for the Official Committee of Unsecured Creditors*